

Epstein Drangel LLP

60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/1/2021
```

November 30, 2021

**VIA ECF**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan
United States Courthouse, Courtroom 15B
500 Pearl St.
New York, New York 10007

      Re: *Moonbug Entertainment Limited and Treasure Studio Inc., v. 0577 Store, et al.*
           **Request to Dispose of Misc. Case No. 21-mc-837**

Dear Judge Marrero,

      We represent Plaintiffs Moonbug Entertainment Limited and Treasure Studio Inc. ("Plaintiffs"), in the above-referenced action ("Action").[1] We respectfully submit this letter requesting that miscellaneous case number 21-mc-837 be disposed in its entirety.

      On November 30, 2021, Plaintiffs filed a Sealing Application, however, shortly thereafter, Plaintiffs noticed an error in Plaintiffs' Proposed Order. As soon as Plaintiffs discovered the error, Plaintiffs' counsel contacted the ECF Help Desk who instructed Plaintiffs to refile the Sealing Application in its entirety, and to file a letter requesting that case number 21-mc-837 be disposed. On November 30, 2021, Plaintiffs re-filed their Sealing Application, which was assigned a new miscellaneous case number 21-mc-842.

      Based on the above, Plaintiffs respectfully request that case 21-mc-837 be disposed in its entirety.

      We thank the Court for its time and attention to this matter.

                                                   Respectfully submitted,

                                                   **EPSTEIN DRANGEL LLP**

                                                   */s/ Danielle Futterman*
                                                   Danielle S. Futterman (DY 4228)
                                                   dfutterman@ipcounselors.com

---

[1] ... understood as it is defined in Plaintiffs' Proposed ...

---

Request **GRANTED.** For the above-stated reasons, the Clerk of Court is directed to close this docket.

**So Ordered.**
December 1, 2021

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.

Hon. Victor Marrero
November 30, 2021
Page 2

                                                Jason M. Drangel (JD 7204)
                                                jdrangel@ipcounselors.com
                                                Ashly E. Sands (AS 7715)
                                                asands@ipcounselors.com
                                                Nabeela M. Hanif
                                                nhanif@ipcounselors.com
                                                Gabriela N. Nastasi
                                                gnastasi@ipcounselors.com
                                                Karena K. Ioannou
                                                kioannou@ipcounselors.com
                                                60 East 42nd Street, Suite 2520
                                                New York, NY 10165
                                                Telephone:    (212) 292-5390
                                                Facsimile:     (212) 292-5391
                                                *Attorneys for Plaintiffs*
                                                *Moonbug Entertainment Limited and*
                                                *Treasure Studio Inc.*